# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

XX Second_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Gregorio Ramirez__    JOINT DEBTOR: _____    CASE NO.: __11-33471 AJC__

Last Four Digits of SS# __1905__    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __192.73__ for months __1__ to __59__ ;

B. $ __800.38__ for months _____ to __60__ ;

C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ ____0____    TOTAL PAID $ _____

Balance Due $ ____0____ payable $ _____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Westbrook Villas Homeowners Assn Inc.__    Arrearage on Petition Date $ __4,812.46__

Address: c/o Robert H. Yaffe, Esquire    Arrears Payment $ __80.21__ /month (Months __1__ to __60__ )

12000 Biscayne Blvd. #810, Miami FL 33181

Regular Payment $ __95.00__ /month (Months __1__ to __60__ )

Account No: NA

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
Payable $_____/month (Months____ to ___) Regular Payment $_____

2._____    Total Due $_____
Payable $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ __727.62__ /month (Months __60__ to _____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/_____
Debtor   Martha Sarrazola as DPOA for Gregorio Ramirez

Date: June 18, 2012

LF-31 (rev. 01/08/10)