```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                                    PROCEEDING UNDER CHAPTER 13
                                          CASE NO.: 11-33471-BKC-AJC
GREGORIO RAMIREZ
LILIA RAMIREZ, deceased
          DEBTOR(S)
_____/

                          NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent in Confirmed Chapter 13 Plan Payments in the amount of $    618.75 .

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/ Modified Plan <u>including any payments that become due within the forty-five (45) day period</u>, in the form of a money order or cashier's check only.  Payments must be sent to:

  P.O. Box 2099, Memphis, TN 38101-2099

If the Trustee does not receive all payments by October 30, 2014 to bring the Debtor totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Delinquency was mailed to those parties on the attached service list on September 10, 2014.

                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 279806
                              MIRAMAR, FL  33027-9806
                              TELEPHONE: (954) 443-4402
                              Fla. Bar No. 441856


                          By:   /s_____
                              NANCY K. NEIDICH, ESQUIRE


COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
GREGORIO RAMIREZ & LILIA RAMIREZ, deceased
1300 SW 135 COURT
MIAMI, FL  33184

**Attorney for Debtor(s)**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL 33137